IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OCEANCONNECT.COM, INC., | § |
| Plaintiff, | § |
| vs. | § CIVIL ACTION NO. 07-0244 WS-M |
| M/V CEC LEADER, her engines, hull, tackle, gear, appurtenances, etc., *in rem*, | § *In Admiralty under Rule 9(h)* |
| | § In Rem |
| Defendant. | § |

## ORDER OF RELEASE OF VESSEL

This cause is before the Court on Plaintiff's Stipulation for Release of the Defendant vessel, M/V CEC LEADER, along with all of her tackle, gear, and appurtenances, and it appearing to the Court that the Defendant has provided sufficient security to stand in place of the Defendant vessel, the Court is of the opinion that the vessel is due to be released from arrest. Therefore, it is hereby ORDERED that the U.S. Marshal release the M/V CEC LEADER from arrest forthwith, along with all of her engines, hull, tackle, gear, and appurtenances.

DONE this 6TH day of April, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

606640_1
#204654

- 1 -